IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BEVERLY BLAIR**                                                                   **PLAINTIFF**

**VS.**                           **5:18CV00282-BRW**

**ALEXANDER,** *et al.*                                       **DEFENDANTS**

## ORDER

Pending is Defendants' Motion to Dismiss (Doc. No. 8). Plaintiff has not responded and the time for doing so has passed.

For good cause shown – specifically the arguments on pages 6 though 8 dealing with *res judicata*, collateral estoppel, and *Rooker-Feldman* – the motion is GRANTED. This case is DISMISSED.

IT IS SO ORDERED this 17th day of May, 2019.

                                                                    Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE